Decided December 20, 2000

## NANCY BURTON *v.* SYLVIA W. BROWD

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19944) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the plaintiff's appeal?"

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16444.

*Nancy Burton,* in support of the petition.

Decided December 20, 2000